ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY  10281-1008
*WWW.SEDGWICKLAW.COM*   212.422.0202  *PHONE*   212.422.0925  *FAX*



*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sdma.com*

April 10, 2013

*Via ECF*
Hon. Denis R. Hurley, U.S.D.J.
United States District Court For The
Eastern District Of New York
P.O. Box 9014
100 Federal Plaza
Central Islip, New York 11722

Re:  *Pollner* v. *United Healthcare Insurance Company,*
Civ. Act. No. 13-cv-1881(DRH)(GRB)
SDMA File No. 03246-000193

Dear Judge Hurley:

This office represents defendant United Healthcare Insurance Company ("United") d/b/a Oxford Health Plans in the above-referenced matter.

We write to request an extension of time to respond to the Complaint in this matter on behalf of United. United's response is due on April 12, 2013 and United requests that its time to respond to the Complaint be extended to May 12, 2013. Plaintiff's counsel consents to this request and this extension does not affect any previously scheduled dates set by the Court. No prior request for an extension of time to Answer or respond to the Complaint have been made by United.

Thank you for your consideration of this matter.

Respectfully submitted,

s/
Michael H. Bernstein
Sedgwick LLP


cc:     Robert A. Santucci, Esq. (*via ECF and Regular Mail*)