| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: GARY R. BROWN<br>        U.S. MAGISTRATE JUDGE | DATE: 10/18/2013<br>TIME: 2:30 PM |

CASE: **CV 13-1881 (DRH) (GRB)** Pollner v. United Healthcare Insurance Company

TYPE OF CONFERENCE: Settlement Conference

APPEARANCES:   Robert Santucci

                    Michael Bernstein

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ Settlement conference scheduled for ___ in courtroom 840 of the Long Island Courthouse.

    ☐ Clients or persons with full settlement authority must attend in person.

    ☐ Prior to the conference, each party shall fax a brief, 1-2 page *ex parte* settlement position statement to chambers at (631) 712-5705. These statements must specify the terms on which the party is willing to settle the case, whether those terms are negotiable, and an explanation of that position. As these statements will be treated as confidential and will not be docketed, they should include a realistic statement of the party's settlement position.

☐ Proposed settlement pending: By ___, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5705 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒ Other: Settlement not reached. The following discovery should be exchanged prior to summary judgment: within 60 days, the parties are to exchange all documents relating to any agreement between the plff and the dft. Dft is to also turn over all the certificates, contracts, etc. relating to the claims. Plff is to turn over any assignments in his possession.

                                              SO ORDERED

                                              /s/ Gary R. Brown
                                              GARY R. BROWN
                                              United States Magistrate Judge