# Sedgwick LLP

ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK 10281-1008
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

August 21, 2013

Robert A. Santucci
Santucci & Associates
Post Office Box 416
Westhampton, New York 11977

Re: *Pollner* v. *United Healthcare Insurance Company*,
    Civ. Act. No. 13-cv-1881(DRH)(GRB)
    SDMA File No. 03246-000193

Dear Robert:

As you know, this office represents defendant United Healthcare Insurance Company ("United") d/b/a Oxford Health Plans in the above-referenced matter. Please be advised that your responses to United's First Request for Admissions and First Request for the Production of Documents ("discovery demands") were due to be served on August 12, 2013. You are currently in default in providing these responses.

The discovery demands require that you admit that Dr. Pollner is not in possession of the assignment of benefit forms referenced in paragraph 8 of his Complaint. If this is denied, Dr. Pollner must produce all of the applicable assignment of benefits forms. We assume that your failure to comply with the discovery demands in a timely fashion is due to the fact that these assignments do not exist. Therefore, Dr. Pollner is neither a plan "participant" nor a "beneficiary" (*See* ERISA §3(7)-(8), 29 U.S.C. §1002(7), (8)), and he does not have statutory standing under ERISA to prosecute an action against United. *See American Med. Assoc.* v. *United Healthcare Corp.*, No. 00-cv-2800(LMM), 2001 WL 863561, *12-*13 (S.D.N.Y. July 31, 2001). Thus far, Dr. Pollner has failed to produce any evidence demonstrating that he is in possession of the relevant assignment of benefits forms. Indeed, in Dr. Pollner's Rule 26(a) Initial Disclosure, which you executed, you did not reference his patients' assignments of benefits as "documents in plaintiff's possession which may be used to support plaintiff's claims." Nevertheless, in paragraph 8 of Dr. Pollner's Complaint, you allege that Dr. Pollner's patients "assigned their medical insurance benefits" to him. Without the executed assignment of benefits forms from each of those patients, it appears this allegation is frivolous. If Dr. Pollner is not in possession of the requested assignments of benefits forms, we request pursuant to Rule 11(b), Fed. R. Civ. P., that you seek leave of the Court to amend your Answer to withdraw this improper allegation within 21 days, or voluntarily dismiss this action due to Dr. Pollner's lack of ERISA standing.

While we do not believe Dr. Pollner has standing to pursue this action, in an effort to resolve this matter we are providing the attached spreadsheet of the claims at issue in this litigation. As discussed at the July 31, 2013 Settlement Conference and further evidenced by the attached spreadsheet, Dr. Pollner was paid $42,935.37 on the claims at issue in this matter. Please note that there are references to repricing by Omicare on 7 of the paid claims. As you may be aware, Omicare repricing was common prior to the implementation of the Administrative Policy for Non-Par Anesthesiologists in May of 2012. However, upon the implementation of the policy, all non-par claims including Dr. Pollner's were properly denied as the Patients have expressly consented to financial responsibility for the charges. It appears that the 7 claims at

NY/1271416v1

Robert A. Santucci
Re: *Pollner v. United Healthcare Insurance Company,*
August 21, 2013
Page 2

issue, totaling $19,600, were paid in error after the implementation of the program. These constitute overpayments subject to recoupment.

As we have stated from the beginning of this dispute, Dr. Pollner's remedy lies with the Patients to whom services were rendered. They expressly consented to financial responsibility for the services, yet despite his lack of standing Dr. Pollner continues to pursue his claims directly against United. In an effort to resolve this matter, United is willing to forego any claims it has to the $19,600 in overpaid claims as set forth above, if Dr. Pollner agrees to immediately dismiss his lawsuit with prejudice and execute a Release as to the claims in dispute.

Please have Dr. Pollner review this spreadsheet and indicate whether he agrees with the amounts paid. For any claims where he believes payment has not been made as indicated, we will provide check information confirming that payments were actually made to him. For those claims where no money was paid to Dr. Pollner, please provide the good faith factual basis upon which Dr. Pollner is relying to suggest that the applicable plans provide for Out-of-Network benefits that he is entitled to receive. To the extent that Dr. Pollner is unable to provide such a good faith basis, we will assume that you are not seeking additional information on those claims, including production the applicable individual plan documents for those claims as directed by Magistrate Brown.

, I am hopeful that we can resolve this matter quickly as set forth above. However, if we cannot reach agreement by August 30, 2013, we will be forced to file a motion to dismiss for lack of standing in which we will seek costs and attorneys fees pursuant to ERISA §502(g)(1). Furthermore, in the event that Dr. Pollner refuses to amend his Complaint to remove the above-referenced frivolous allegation (i.e. that his patients "assigned their medical insurance benefits" to him) within 21 days, we will similarly be forced to file a motion for sanctions pursuant to Rule 11(b), Fed. R. Civ. P. Finally, we will be required to file a counterclaim to seek reimbursement of the $19,600 in overpaid claims as identified above, and we will request that Magistrate Brown issue a written order concerning this discovery ruling, so that we can formally object to the district judge regarding his directive requiring the production of plan documents.

At your earliest convenience, please contact me so that we can schedule a conference call for the week of August 26, 2013 to discuss these issues further.

Very truly yours,

Michael H. Bernstein
Sedgwick LLP

*Encls.*

| Grp Name | Product | Claim | DOS | CPT | Billed | UCR | Deductible | Coinsurance | Ox. Pymt | Ck # | Ck Date | Adj Code Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEVER ASSOCIATES | HMO | 2191721288 | 5/15/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21124174 | 7/13/12 | NP Anes Clm Den, Mbr resp |
| PIZZERA LLC | HMO | 2184615637.01 | 5/19/12 | 00402 | $3,300.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22407208 | 2/4/13 | NP Anes Clm Den, Mbr resp |
| LOWER CROSS AIRCRAFT CORP | MNRP | 2222614968 | 5/30/12 | 00810 | $3,500.00 | $246.78 | $246.78 | $0.00 | $0.00 | Y9521016 | 8/22/12 | NP anes claim OON, mbr resp |
| ST. JOHN'S UNIVERSITY | Sfunded | 2207208728 | 6/1/12 | 00740 | $3,500.00 | $2,499.70 | $300.00 | $439.94 | $1,759.76 | Z1150823 | 8/13/12 | NP anes claim OON, mbr resp |
| K2 INTELLIGENCE | MNRP | 2222614991 | 6/4/12 | 00810 | $3,500.00 | $133.39 | $133.39 | $0.00 | $0.00 | Y9528283 | 8/24/12 | Pd per MNRP |
| MADISON WHOS WHO | HMO | 2207208727.01 | 6/5/12 | 00740 | $3,500.00 | $2,800.00 | $0.00 | $0.00 | $2,800.00 | Y9890805 | 12/24/12 | OmniClaim Negotiated Pymt - overpay |
| THE JEWELRY APPRAISER, INC | MNRP | 2222614974.01 | 6/8/12 | 00740 | $3,500.00 | $206.75 | $206.75 | $0.00 | $0.00 | Y10024007 | 2/5/13 | NP anes claim OON, mbr resp |
| KATHERINE TESS, INC | MNRP | 2222614973 | 6/12/12 | 00810 | $3,500.00 | $253.55 | $253.44 | $0.00 | $0.00 | I21383011 | 8/22/12 | NP anes claim OON, mbr resp |
| BERKERY, NOYES & CO LLC | MNRP | 2222614963 | 6/12/12 | 00740 | $3,500.00 | $233.44 | $233.44 | $0.00 | $0.00 | Y9521016 | 8/22/12 | NP anes claim OON, mbr resp |
| GARY S HITZIG MD PC | MNRP | 2222614970 | 6/14/12 | 00810 | $3,500.00 | $183.41 | $183.41 | $0.00 | $0.00 | Y9528283 | 8/24/12 | NP anes claim OON, mbr resp |
| SID HALL INC | HMO | 2222614976.01 | 6/19/12 | 00810 | $3,500.00 | $2,800.00 | $0.00 | $0.00 | $2,800.00 | I22227868 | 1/7/13 | OmniClaim Negotiated Pymt - overpay |
| NEW YORK UNIVERSITY | Sfunded | 2222614962.01 | 6/20/12 | 00810 | $3,500.00 | $3,500.00 | $0.00 | $0.00 | $3,500.00 | In A/P |  | Paid billed charge - overpay |
| RUBIES COSTUME COMPANY | HMO | 2222614990.01 | 6/21/12 | 00810 | $3,500.00 | $2,800.00 | $0.00 | $0.00 | $2,800.00 | I22163260 | 12/26/12 | OmniClaim Negotiated Pymt - overpay |
| CONCERNED DENTAL CARE | HMO | 2222614960.01 | 6/25/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y10052761 | 2/12/13 | NP Anes Clm Den, Mbr resp |
| CONCEPTS OF INDEPENDENCE, INC. | MNRP | 2244206992 | 7/13/12 | 00810 | $3,500.00 | $250.11 | $250.11 | $0.00 | $0.00 | I21539076 | 9/17/12 | NP anes claim OON, mbr resp |
| CONCEPTS OF INDEPENDENCE, INC. | MNRP | 2244206993 | 7/13/12 | 00810 | $3,500.00 | $240.10 | $240.10 | $0.00 | $0.00 | I21539076 | 9/17/12 | NP anes claim OON, mbr resp |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRO-TECH PLUMBING & HEATING | MNRP | 2244206998 | 7/16/12 | 00810 | $3,500.00 | $246.78 | $246.78 | $0.00 | $0.00 | Y9596979 | 9/17/12 | NP anes claim OON, mbr resp |
| THE WEEKS LERMAN GROUP, LLC | 70th | 2244206994 | 7/23/12 | 00740 | $3,500.00 | $1,677.90 | $1,677.90 | $0.00 | $0.00 | I21507479 | 9/11/12 | NP anes claim OON, mbr resp |
| POSITIVE BEGINNINGS, INC | HMO | 2244206989.01 | 7/24/12 | 00740 | $3,500.00 | $2,800.00 | $0.00 | $0.00 | $2,800.00 | I22193440 | 1/2/13 | OmniClaim Negotiated Pymt - overpay |
| SEGAN, NEMEROV & SINGER | MNRP | 2244206988 | 7/25/12 | 00810 | $3,500.00 | $223.43 | $223.43 | $0.00 | $0.00 | Y9596979 | 9/17/12 | NP anes claim OON, mbr resp |
| 125 EAST 31ST REALTY, LLC | MNRP | 2244206991.01 | 7/27/12 | 00810 | $3,500.00 | $246.78 | $246.78 | $2.00 | $0.00 | Y10017630 | 2/4/13 | NP anes claim OON, mbr resp |
| LONG ISLAND PLASTIC SURGICAL | HMO | 2271217430 | 8/7/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21647531 | 10/3/12 | NP Anes Clm Den, Mbr resp |
| WARREN ELEVATOR SERVICE CO | HMO | 2271217428 | 8/7/12 | 00710 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9650715 | 10/3/12 | NP Anes Clm Den, Mbr resp |
| MAGGY LONDON INTERNATIONAL LTD | HMO | 2271217427 | 8/8/12 | 00740 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21647531 | 10/3/12 | NP Anes Clm Den, Mbr resp |
| JP MORGAN CHASE | HMO | 2290718992 | 8/14/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9751195 | 11/5/12 | Not enrolled on dos |
| UNITED SECURITY & FIRE ALARM | HMO | 2290718991 | 8/14/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9716469 | 10/24/12 | COB Pymt Denied, Exceeds Norm Ben |
| CROWN HEIGHTS BUNCH-O-BAGELS | HMO | 2290718994 | 8/15/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9716469 | 10/24/12 | NP Anes Clm Den, Mbr resp |
| RUSSO ENTERPRISES INC | HMO | 2290718989 | 8/15/12 | 00740 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21782165 | 10/24/12 | NP Anes Clm Den, Mbr resp |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CENTRAL LAUNDRY SERVICE CORP | HMO | 2290718983 | 8/16/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21782165 | 10/24/12 | NP Anes Clm Den, Mbr resp |
| SLANTCO MANUFACTURING | HMO | 2290718981 | 8/17/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9716469 | 10/24/12 | NP Anes Clm Den, Mbr resp |
| BALTER SALES CO, INC | HMO | 2290718986 | 8/22/12 | 00740 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9716469 | 10/24/12 | NP Anes Clm Den, Mbr resp |
| QUANTUM FLEXX | HMO | 2290718993 | 8/24/12 | 00740 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9716469 | 10/24/12 | NP Anes Clm Den, Mbr resp |
| FEDERATION EMPLOYMENT AND GUID | MNRP | 2290718987 | 8/29/12 | 00810 | $3,500.00 | $223.43 | $223.43 | $0.00 | $0.00 | I21832553 | 11/1/12 | NP anes claim OON, mbr resp |
| EMIGRANT BANK | 70th | 2290718985 | 8/30/12 | 00810 | $3,500.00 | $2,000.00 | $2,000.00 | $0.00 | $0.00 | I21796141 | 10/26/12 | NP anes claim OON, mbr resp |
| DELL LITTLE TROVATO VECERE | HMO | 2290718982 | 8/31/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21782165 | 10/24/12 | NP Anes Clm Den, Mbr resp |
| MAGGY LONDON INTERNATIONAL LTD | HMO | 2290718976 | 9/5/12 | 00740 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21782165 | 10/24/12 | NP Anes Clm Den, Mbr resp |
| RFR HOLDING LLC | 70th | 2306630503 | 9/6/12 | 00810 | $3,500.00 | $2,000.00 | $2,000.00 | $0.00 | $0.00 | I21901791 | 11/13/12 | NP anes claim OON, mbr resp |
| TIFFEN ACQUISTION LLC | 70th | 2306630501 | 9/10/12 | 00810 | $3,500.00 | $2,000.00 | $2,000.00 | $0.00 | $0.00 | I21901791 | 11/13/12 | NP anes claim OON, mbr resp |
| WANK & LIPTZIN, CPA | MNRP | 2306630502 | 9/11/12 | 00810 | $3,500.00 | $223.43 | $223.43 | $0.00 | $0.00 | I21938963 | 11/19/12 | NP anes claim OON, mbr resp |
| VALENTIN & KALISH JEWELRY MFG | MNRP | 2306630499 | 9/13/12 | 00740 | $3,500.00 | $210.10 | $210.10 | $0.00 | $0.00 | I21938963 | 11/19/12 | NP anes claim OON, mbr resp |
| PSYCHOTHERAPEUTIC EVALUATIONAL | HMO | 2306630498 | 9/13/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21884881 | 11/9/12 | NP Anes Clm Den, Mbr resp |
| TECHNO INC | HMO | 2306630496 | 9/13/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9765966 | 11/9/12 | NP Anes Clm Den, Mbr resp |

| Name | Plan | Claim # | Date | Code | Charge | Col 7 | Col 8 | Col 9 | Col 10 | Ref # | Date 2 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMERICAN CHRISTMAS, INC | MNRP | 2306630500 | 9/14/12 | 00810 | $3,500.00 | $233.44 | $233.44 | $0.00 | $0.00 | I21938963 | 11/19/12 | NP anes claim OON, mbr resp |
| THOMAS M. CARUSONA | HMO | 2306630497 | 9/16/12 | 00740 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9765966 | 11/9/12 | NP Anes Clm Den, Mbr resp |
| MILRO ASSOCIATES INC | MNRP | 2306630492 | 9/20/12 | 00810 | $3,500.00 | $2,800.00 | $0.00 | $0.00 | $2,800.00 | Y9828197 | 12/3/12 | OmniClaim Negotiated Pymt - overpay |
| JEFFREY KRASNOFF, VET | MNRP | 2306630490 | 9/21/12 | 00810 | $3,500.00 | $220.09 | $220.09 | $0.00 | $0.00 | I21938963 | 11/19/12 | NP anes claim OON, mbr resp |
| MARC S POLLNER MD | HMO | 2306630494 | 9/21/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21884881 | 11/9/12 | NP Anes Clm Den, Mbr resp |
| EMPOWER CES LLC | HMO | 2306630488 | 9/21/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21884881 | 11/9/12 | NP Anes Clm Den, Mbr resp |
| POLY-PAK INDUSTRIES, INC | HMO | 2306630486 | 9/24/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9765966 | 11/9/12 | NP Anes Clm Den, Mbr resp |
| FULL THROTTLE FILMS, INC | MNRP | 2306630495 | 9/27/12 | 00740 | $3,500.00 | $253.44 | $253.44 | $0.00 | $0.00 | I21938963 | 11/19/12 | NP anes claim OON, mbr resp |
| OLYMPIAN FUEL OIL CORP | HMO | 2306630491 | 9/28/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21884881 | 11/9/12 | NP Anes Clm Den, Mbr resp |
| GREAT NECK SYNAGOGUE | HMO | 2306630487 | 9/28/12 | 00740 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21884881 | 11/9/12 | NP Anes Clm Den, Mbr resp |
| TRACKMEN GOLF CLUB STABLE, LLC | HMO | 2306630489 | 9/28/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21884881 | 11/9/12 | NP Anes Clm Den, Mbr resp |
| JEREMY GLICK | HMO | 2306630481 | 10/4/12 | 00740 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21884881 | 11/9/12 | NP Anes Clm Den, Mbr resp |
| HSBC NORTH AMERICA HOLDINGS LL | Sfunded | 2306630482 | 10/8/12 | 00810 | $3,500.00 | $1,750.00 | $0.00 | $0.00 | $1,750.00 | C2238999 | 11/16/12 | Pd @ 100% of UCR |
| AMERICAN GLOBAL FASTENERS | HMO | 2339419421 | 10/11/12 | 00740 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22072670 | 12/11/12 | NP Anes Clm Den, Mbr resp |
| NY STATE NURSES ASSOCIATES | 70th | 2339419422.01 | 10/15/12 | 00810 | $3,500.00 | $2,800.00 | $0.00 | $0.00 | $2,800.00 | Y10038356 | 2/8/13 | OmniClaim Negotiated Pymt - overpay |
| Healthy NY HMO Individual | HMO | 2339419420 | 10/16/12 | 00740 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9856575 | 12/11/12 | NP Anes Clm Den, Mbr resp |

| Name | Plan | Claim # | Date | Code | Billed | Col 7 | Col 8 | Col 9 | Col 10 | Ref # | Date 2 | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STEVEN BERMAN, RPT | HMO | 2339419419 | 10/17/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22072670 | 12/11/12 | NP Anes Clm Den, Mbr resp |
| ANTHONY V. GUARDINO | MNRP | 2339419423 | 10/24/12 | 00810 | $3,500.00 | $226.77 | $226.77 | $0.00 | $0.00 | Y9899958 | 12/26/12 | NP anes claim OON, mbr resp |
| DAVID EBRANI DIAMONDS | HMO | 2339419415 | 10/24/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22072670 | 12/11/12 | NP Anes Clm Den, Mbr resp |
| LANETT HOLDINGS LLC | HMO | 2339419417 | 10/24/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9856575 | 12/11/12 | NP Anes Clm Den, Mbr resp |
| VALENTIN & KALISH JEWELRY MFG | MNRP | 2339419416 | 10/25/12 | 00740 | $3,500.00 | $233.44 | $233.44 | $0.00 | $0.00 | I22163260 | 12/26/12 | NP anes claim OON, mbr resp |
| NEUROLOGICAL SPECIALTIES OF LI | HMO | 2339419418 | 10/26/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9856575 | 12/11/12 | NP Anes Clm Den, Mbr resp |
| NINETY SECOND STREET | 90th | 2339419621 | 11/13/12 | 00810 | $3,500.00 | $2,856.80 | $500.00 | $707.04 | $1,649.76 | I22144751 | 12/24/12 | NP anes claim OON, mbr resp |
| ALLJEN MANAGEMENT CORP | HMO | 2347602186 | 11/15/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22129074 | 12/20/12 | NP Anes Clm Den, Mbr resp |
| ALLJEN MANAGEMENT CORP | HMO | 2354419879 | 11/20/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22176583 | 12/28/12 | NP Anes Clm Den, Mbr resp |
| NY PERSONAL HMO | HMO | 2354419883 | 11/21/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9905812 | 12/28/12 | NP Anes Clm Den, Mbr resp |
| URBAN FOUNDATION ENG LLC | HMO | 2354419878 | 11/29/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22176583 | 12/28/12 | NP Anes Clm Den, Mbr resp |
| BUFFA, BOWMAN & ROTHSTEIN LLP | HMO | 3018111014 | 11/30/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22360812 | 1/28/13 | NP Anes Clm Den, Mbr resp |
| FRIENDSHIP RESTAURANT GROUP | HMO | 3018111016 | 12/3/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22360812 | 1/28/13 | NP Anes Clm Den, Mbr resp |
| KALATY RUG CORP | MNRP | 3031118600 | 12/4/12 | 00810 | $3,500.00 | $2,800.00 | $0.00 | $0.00 | $2,800.00 | Y10132452 | 3/8/13 | OmniClaim Negotiated Pymt - overpay |

| Provider | Plan | Claim # | Date | Code | Billed | Col 7 | Col 8 | Col 9 | Col 10 | Ref # | Paid Date | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BROOKLYN PLUMBING & HEATING | HMO | 3031118586 | 12/10/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22453668 | 2/11/13 | NP Anes Clm Den, Mbr resp |
| STERLING NATIONAL BANK | HMO | 3031118582 | 12/10/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22453668 | 2/11/13 | NP Anes Clm Den, Mbr resp |
| NASSIMI CORP | MNRP | 3031118583 | 12/11/12 | 00810 | $3,500.00 | $243.45 | $243.45 | $0.00 | $0.00 | Y10089721 | 2/22/13 | Pd per MNRP |
| BACIS PET PALACE, INC. | HMO | 3031118587 | 12/12/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y10046464 | 2/11/13 | NP Anes Clm Den, Mbr resp |
| LYNBROOK HEALTH & FITNESS | HMO | 3031118580 | 12/14/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22453668 | 2/11/13 | NP Anes Clm Den, Mbr resp |
| B&J QUICK FOODS INC | HMO | 3031118584 | 12/17/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22453668 | 2/11/13 | NP Anes Clm Den, Mbr resp |
| CITI | Sfunded | 3044112111 | 12/19/12 | 00810 | $3,500.00 | $2,039.10 | $1,500.00 | $161.73 | $377.37 | Z1136040 | 3/4/13 | Paid in accordance with benefits. |
| SCARGUARD LABS, LLC | HMO | 3031118588 | 12/19/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22453668 | 2/11/13 | NP Anes Clm Den, Mbr resp |
| LISA E GRAUBART | HMO | 3044112109 | 12/21/12 | 00740 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22528195 | 2/21/13 | NP Anes Clm Den, Mbr resp |
| CITI | Sfunded | 3044112110 | 12/24/12 | 00740 | $3,500.00 | $1,926.40 | $1,500.00 | $127.92 | $298.48 | Z1136207 | 3/4/13 | Paid in accordance with benefits. |
| STARCOM COMMUNICATIONS SERVICE | HMO | 3044112108 | 12/28/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22528195 | 2/21/13 | NP Anes Clm Den, Mbr resp |