LAW OFFICES OF
## SANTUCCI & ASSOCIATES

New York
110 Wall Street
11th Floor
New York, New York 10005-3817
Telex: 283814SRII UR
Fax: (212) 943-2300
Tel: (212) 709-8357

Long Island
P.O. Box 416
Westhampton, NY 11977
Fax: (631) 325-7787
Tel: (631) 325-7747

# FAX

**To:** Michael H. Bernstein, Esq.
**From:** Robert A. Santucci, Esq.
**Fax Number:** 212-422-0925
**Date:** August 28, 2013
**Number of Pages:** 2

Pollner v. Unitedhealthcare d/b/a Oxford Health Plans
Civ. 13 – 1881(DRH)(GRB)

Your File number: SDMA File No. 03246-000193

LAW OFFICES OF
## SANTUCCI & ASSOCIATES

New York
110 Wall Street
11th Floor
New York, New York 10005-3817
Telex: 283814SRII UR
Fax: (212) 943-2300
Tel: (212) 709-8357

email: raslaw2000@aol.com

Long Island
P.O. Box 416
Westhampton, NY 11977
Fax: (631) 325-7787
Tel: (631) 325-7747

August 28, 2013

Michael H. Bernstein, Esq.
Sedgwick, LLP
225 Liberty Street, 28th Floor
New York, New York 10281-1008

Via Facsimile and U.S. Postal Service

Re: Mark Pollner, M.D. v. UnitedHealthcare/Oxford
Civ. 13 – 1881(DRH)(GRB)

Dear Mr. Bernstein:

Please be advised that we represent Mark Pollner, M.D. in the above matter.

We are still compiling the assignment of benefits forms from the medical records of the patients and although laborious we should have them to you shortly.

We have not received from you the various benefit plans which were ordered produced forthwith by Magistrate Brown on the record and without such we cannot determine what benefits are applicable.

Further, please insure a representative of the Defendant is present in Court for the conference on September 18, 2013, 2:30 PM.

I will be available to discuss this matter or conference a call with you over the next three days and of course any day after the holiday.

Thank you for your kind attention to this matter.

Sincerely yours,

Robert A. Santucci