ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK 10281-1008
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*Matthew P. Mazzola*
*(212) 898-4066*
*matthew.mazzola@sedgwicklaw.com*

October 16, 2013

*Via Overnight Mail and Email*
Robert A. Santucci
Santucci & Associates
Post Office Box 416
Westhampton, New York 11977

Re: *Pollner* v. *United Healthcare Insurance Company*,
    Civ. Act. No. 13-cv-1881(DRH)(GRB)
    SDMA File No. 03246-000193

Dear Robert:

As you know, this office represents defendant United Healthcare Insurance Company ("United") d/b/a Oxford Health Plans in the above-referenced matter. Pursuant to our conversation on Monday, October 7, 2013, please find an updated spreadsheet which includes information relative to the assignment provisions and out of network benefits in each plan.

Please feel free to contact me with any questions or concerns regarding this information.

Very truly yours,

Matthew P. Mazzola
Sedgwick LLP

*Encls.*

NY/1271416v1

| Assigments Allowed Y/N | OON Y/N | Grp Name | Product | Claim | DOS | CPT | Billed | UCR | Deductible | Coinsurance | Ox. Pymt | Ck # | Ck Date | Adj Code Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No | NO | LEVER ASSOCIATES | HMO | 2191721288 | 5/15/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21124174 | 7/13/12 | NP Anes Clm Den, Mbr resp |
| No | NO | PIZZERA LLC | HMO | 2184615637.01 | 5/19/12 | 00402 | $3,300.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22407208 | 2/4/13 | NP Anes Clm Den, Mbr resp |
| No | YES | LOWER CROSS AIRCRAFT CORP | MNRP | 2222614968 | 5/30/12 | 00810 | $3,500.00 | $246.78 | $246.78 | $0.00 | $0.00 | Y9521016 | 8/22/12 | NP anes claim OON, mbr resp |
| No | YES | ST. JOHN'S UNIVERSITY | Sfunded | 2207208728 | 6/1/12 | 00740 | $3,500.00 | $2,499.70 | $300.00 | $439.94 | $1,759.76 | Z1150823 | 8/13/12 | NP anes claim OON, mbr resp |
| No | YES | K2 INTELLIGENCE | MNRP | 2222614991 | 6/4/12 | 00810 | $3,500.00 | $133.39 | $133.39 | $0.00 | $0.00 | Y9528283 | 8/24/12 | Pd per MNRP |
| No | NO | MADISON WHOS WHO | HMO | 2207208727.01 | 6/5/12 | 00740 | $3,500.00 | $2,800.00 | $0.00 | $0.00 | $2,800.00 | Y9890805 | 12/24/12 | OmniClaim Negotiated Pymt - overpay |
| No | YES | THE JEWELRY APPRAISER, INC | MNRP | 2222614974.01 | 6/8/12 | 00740 | $3,500.00 | $206.75 | $206.75 | $0.00 | $0.00 | Y10024007 | 2/5/13 | NP anes claim OON, mbr resp |
| No | YES | KATHERINE TESS, INC | MNRP | 2222614973 | 6/12/12 | 00810 | $3,500.00 | $253.55 | $253.44 | $0.00 | $0.00 | I21383011 | 8/22/12 | NP anes claim OON, mbr resp |
| No | YES | BERKERY, NOYES & CO LLC | MNRP | 2222614963 | 6/12/12 | 00740 | $3,500.00 | $233.44 | $233.44 | $0.00 | $0.00 | Y9521016 | 8/22/12 | NP anes claim OON, mbr resp |
| No | YES | GARY S HITZIG MD PC | MNRP | 2222614970 | 6/14/12 | 00810 | $3,500.00 | $183.41 | $183.41 | $0.00 | $0.00 | Y9528283 | 8/24/12 | NP anes claim OON, mbr resp |
| No | NO | SID HALL INC | HMO | 2222614976.01 | 6/19/12 | 00810 | $3,500.00 | $2,800.00 | $0.00 | $0.00 | $2,800.00 | I22227868 | 1/7/13 | OmniClaim Negotiated Pymt - overpay |
| No | NO | NEW YORK UNIVERSITY | Sfunded | 2222614962.01 | 6/20/12 | 00810 | $3,500.00 | $3,500.00 | $0.00 | $0.00 | $3,500.00 | In A/P | | Paid billed charge - overpay |
| No | NO | RUBIES COSTUME COMPANY | HMO | 2222614990.01 | 6/21/12 | 00810 | $3,500.00 | $2,800.00 | $0.00 | $0.00 | $2,800.00 | I22163260 | 12/26/12 | OmniClaim Negotiated Pymt - overpay |
| No | NO | CONCERNED DENTAL CARE | HMO | 2222614960.01 | 6/25/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y10052761 | 2/12/13 | NP Anes Clm Den, Mbr resp |
| No | YES | CONCEPTS OF INDEPENDENCE, INC. | MNRP | 2244206992 | 7/13/12 | 00810 | $3,500.00 | $250.11 | $250.11 | $0.00 | $0.00 | I21539076 | 9/17/12 | NP anes claim OON, mbr resp |
| No | YES | CONCEPTS OF INDEPENDENCE, INC. | MNRP | 2244206993 | 7/13/12 | 00810 | $3,500.00 | $240.10 | $240.10 | $0.00 | $0.00 | I21539076 | 9/17/12 | NP anes claim OON, mbr resp |
| No | YES | PRO-TECH PLUMBING & HEATING | MNRP | 2244206998 | 7/16/12 | 00810 | $3,500.00 | $246.78 | $246.78 | $0.00 | $0.00 | Y9596979 | 9/17/12 | NP anes claim OON, mbr resp |
| No | YES | THE WEEKS LERMAN GROUP, LLC | 70th | 2244206994 | 7/23/12 | 00740 | $3,500.00 | $1,677.90 | $1,677.90 | $0.00 | $0.00 | I21507479 | 9/11/12 | NP anes claim OON, mbr resp |
| No | NO | POSITIVE BEGINNINGS, INC | HMO | 2244206989.01 | 7/24/12 | 00740 | $3,500.00 | $2,800.00 | $0.00 | $0.00 | $2,800.00 | I22193440 | 1/2/13 | OmniClaim Negotiated Pymt - overpay |
| No | YES | SEGAN, NEMEROV & SINGER | MNRP | 2244206988 | 7/25/12 | 00810 | $3,500.00 | $223.43 | $223.43 | $0.00 | $0.00 | Y9596979 | 9/17/12 | NP anes claim OON, mbr resp |
| No | YES | 125 EAST 31ST REALTY, LLC | MNRP | 2244206991.01 | 7/27/12 | 00810 | $3,500.00 | $246.78 | $246.78 | $2.00 | $0.00 | Y10017630 | 2/4/13 | NP anes claim OON, mbr resp |
| No | NO | LONG ISLAND PLASTIC SURGICAL | HMO | 2271217430 | 8/7/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21647531 | 10/3/12 | NP Anes Clm Den, Mbr resp |
| No | NO | WARREN ELEVATOR SERVICE CO | HMO | 2271217428 | 8/7/12 | 00710 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9650715 | 10/3/12 | NP Anes Clm Den, Mbr resp |
| No | NO | MAGGY LONDON INTERNATIONAL LTD | HMO | 2271217427 | 8/8/12 | 00740 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21647531 | 10/3/12 | NP Anes Clm Den, Mbr resp |
| No | NO | JP MORGAN CHASE | HMO | 2290718992 | 8/14/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9751195 | 11/5/12 | Not enrolled on dos |
| No | NO | UNITED SECURITY & FIRE ALARM | HMO | 2290718991 | 8/14/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9716469 | 10/24/12 | COB Pymt Denied, Exceeds Norm Ben |

| Assigments Allowed Y/N | OON Y/N | Grp Name | Product | Claim | DOS | CPT | Billed | UCR | Deductible | Coinsurance | Ox. Pymt | Ck # | Ck Date | Adj Code Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No | NO | CROWN HEIGHTS BUNCH-O-BAGELS | HMO | 2290718994 | 8/15/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9716469 | 10/24/12 | NP Anes Clm Den, Mbr resp |
| No | NO | RUSSO ENTERPRISES INC | HMO | 2290718989 | 8/15/12 | 00740 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21782165 | 10/24/12 | NP Anes Clm Den, Mbr resp |
| No | NO | CENTRAL LAUNDRY SERVICE CORP | HMO | 2290718983 | 8/16/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21782165 | 10/24/12 | NP Anes Clm Den, Mbr resp |
| No | NO | SLANTCO MANUFACTURING | HMO | 2290718981 | 8/17/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9716469 | 10/24/12 | NP Anes Clm Den, Mbr resp |
| No | NO | BALTER SALES CO, INC | HMO | 2290718986 | 8/22/12 | 00740 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9716469 | 10/24/12 | NP Anes Clm Den, Mbr resp |
| No | NO | QUANTUM FLEXX | HMO | 2290718993 | 8/24/12 | 00740 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9716469 | 10/24/12 | NP Anes Clm Den, Mbr resp |
| No | YES | FEDERATION EMPLOYMENT AND GUID | MNRP | 2290718987 | 8/29/12 | 00810 | $3,500.00 | $223.43 | $223.43 | $0.00 | $0.00 | I21832553 | 11/1/12 | NP anes claim OON, mbr resp |
| No | YES | EMIGRANT BANK | 70th | 2290718985 | 8/30/12 | 00810 | $3,500.00 | $2,000.00 | $2,000.00 | $0.00 | $0.00 | I21796141 | 10/26/12 | NP anes claim OON, mbr resp |
| No | NO | DELL LITTLE TROVATO VECERE | HMO | 2290718982 | 8/31/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21782165 | 10/24/12 | NP Anes Clm Den, Mbr resp |
| No | NO | MAGGY LONDON INTERNATIONAL LTD | HMO | 2290718976 | 9/5/12 | 00740 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21782165 | 10/24/12 | NP Anes Clm Den, Mbr resp |
| No | YES | RFR HOLDING LLC | 70th | 2306630503 | 9/6/12 | 00810 | $3,500.00 | $2,000.00 | $2,000.00 | $0.00 | $0.00 | I21901791 | 11/13/12 | NP anes claim OON, mbr resp |
| No | YES | TIFFEN ACQUISTION LLC | 70th | 2306630501 | 9/10/12 | 00810 | $3,500.00 | $2,000.00 | $2,000.00 | $0.00 | $0.00 | I21901791 | 11/13/12 | NP anes claim OON, mbr resp |
| No | YES | WANK & LIPTZIN, CPA | MNRP | 2306630502 | 9/11/12 | 00810 | $3,500.00 | $223.43 | $223.43 | $0.00 | $0.00 | I21938963 | 11/19/12 | NP anes claim OON, mbr resp |
| No | YES | VALENTIN & KALISH JEWELRY MFG | MNRP | 2306630499 | 9/13/12 | 00740 | $3,500.00 | $210.10 | $210.10 | $0.00 | $0.00 | I21938963 | 11/19/12 | NP anes claim OON, mbr resp |
| No | NO | PSYCHOTHERAPEUTIC EVALUATIONAL | HMO | 2306630498 | 9/13/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21884881 | 11/9/12 | NP Anes Clm Den, Mbr resp |
| No | NO | TECHNO INC | HMO | 2306630496 | 9/13/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9765966 | 11/9/12 | NP Anes Clm Den, Mbr resp |
| No | YES | AMERICAN CHRISTMAS, INC | MNRP | 2306630500 | 9/14/12 | 00810 | $3,500.00 | $233.44 | $233.44 | $0.00 | $0.00 | I21938963 | 11/19/12 | NP anes claim OON, mbr resp |
| No | NO | THOMAS M. CARUSONA | HMO | 2306630497 | 9/16/12 | 00740 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9765966 | 11/9/12 | NP Anes Clm Den, Mbr resp |
| No | YES | MILRO ASSOCIATES INC | MNRP | 2306630492 | 9/20/12 | 00810 | $3,500.00 | $2,800.00 | $0.00 | $0.00 | $2,800.00 | Y9828197 | 12/3/12 | OmniClaim Negotiated Pymt - overpay |
| No | YES | JEFFREY KRASNOFF, VET | MNRP | 2306630490 | 9/21/12 | 00810 | $3,500.00 | $220.09 | $220.09 | $0.00 | $0.00 | I21938963 | 11/19/12 | NP anes claim OON, mbr resp |
| No | NO | MARC S POLLNER MD | HMO | 2306630494 | 9/21/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21884881 | 11/9/12 | NP Anes Clm Den, Mbr resp |
| No | NO | EMPOWER CES LLC | HMO | 2306630488 | 9/21/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21884881 | 11/9/12 | NP Anes Clm Den, Mbr resp |
| No | NO | POLY-PAK INDUSTRIES, INC | HMO | 2306630486 | 9/24/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9765966 | 11/9/12 | NP Anes Clm Den, Mbr resp |
| No | YES | FULL THROTTLE FILMS, INC | MNRP | 2306630495 | 9/27/12 | 00740 | $3,500.00 | $253.44 | $253.44 | $0.00 | $0.00 | I21938963 | 11/19/12 | NP anes claim OON, mbr resp |
| No | NO | OLYMPIAN FUEL OIL CORP | HMO | 2306630491 | 9/28/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21884881 | 11/9/12 | NP Anes Clm Den, Mbr resp |
| No | NO | GREAT NECK SYNAGOGUE | HMO | 2306630487 | 9/28/12 | 00740 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21884881 | 11/9/12 | NP Anes Clm Den, Mbr resp |

3

| Assigments Allowed Y/N | OON Y/N | Grp Name | Product | Claim | DOS | CPT | Billed | UCR | Deductible | Coinsurance | Ox. Pymt | Ck # | Ck Date | Adj Code Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No | NO | TRACKMEN GOLF CLUB STABLE, LLC | HMO | 2306630489 | 9/28/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21884881 | 11/9/12 | NP Anes Clm Den, Mbr resp |
| No | NO | JEREMY GLICK | HMO | 2306630481 | 10/4/12 | 00740 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I21884881 | 11/9/12 | NP Anes Clm Den, Mbr resp |
| No | No | HSBC NORTH AMERICA HOLDINGS LL | Sfunded | 2306630482 | 10/8/12 | 00810 | $3,500.00 | $1,750.00 | $0.00 | $0.00 | $1,750.00 | C2238999 | 11/16/12 | Pd @ 100% of UCR |
| No | NO | AMERICAN GLOBAL FASTENERS | HMO | 2339419421 | 10/11/12 | 00740 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22072670 | 12/11/12 | NP Anes Clm Den, Mbr resp |
| No | YES | NY STATE NURSES ASSOCIATES | 70th | 2339419422.01 | 10/15/12 | 00810 | $3,500.00 | $2,800.00 | $0.00 | $0.00 | $2,800.00 | Y10038356 | 2/8/13 | OmniClaim Negotiated Pymt - overpay |
| No | NO | Healthy NY HMO Individual | HMO | 2339419420 | 10/16/12 | 00740 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9856575 | 12/11/12 | NP Anes Clm Den, Mbr resp |
| No | NO | STEVEN BERMAN, RPT | HMO | 2339419419 | 10/17/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22072670 | 12/11/12 | NP Anes Clm Den, Mbr resp |
| No | YES | ANTHONY V. GUARDINO | MNRP | 2339419423 | 10/24/12 | 00810 | $3,500.00 | $226.77 | $226.77 | $0.00 | $0.00 | Y9899958 | 12/26/12 | NP anes claim OON, mbr resp |
| No | NO | DAVID EBRANI DIAMONDS | HMO | 2339419415 | 10/24/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22072670 | 12/11/12 | NP Anes Clm Den, Mbr resp |
| No | NO | LANETT HOLDINGS LLC | HMO | 2339419417 | 10/24/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9856575 | 12/11/12 | NP Anes Clm Den, Mbr resp |
| No | YES | VALENTIN & KALISH JEWELRY MFG | MNRP | 2339419416 | 10/25/12 | 00740 | $3,500.00 | $233.44 | $233.44 | $0.00 | $0.00 | I22163260 | 12/26/12 | NP anes claim OON, mbr resp |
| No | NO | NEUROLOGICAL SPECIALTIES OF LI | HMO | 2339419418 | 10/26/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9856575 | 12/11/12 | NP Anes Clm Den, Mbr resp |
| No | YES | NINETY SECOND STREET | 90th | 2339419621 | 11/13/12 | 00810 | $3,500.00 | $2,856.80 | $500.00 | $707.04 | $1,649.76 | I22144751 | 12/24/12 | NP anes claim OON, mbr resp |
| No | NO | ALLJEN MANAGEMENT CORP | HMO | 2347602186 | 11/15/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22129074 | 12/20/12 | NP Anes Clm Den, Mbr resp |
| No | NO | ALLJEN MANAGEMENT CORP | HMO | 2354419879 | 11/20/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22176583 | 12/28/12 | NP Anes Clm Den, Mbr resp |
| No | NO | NY PERSONAL HMO | HMO | 2354419883 | 11/21/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y9905812 | 12/28/12 | NP Anes Clm Den, Mbr resp |
| No | NO | URBAN FOUNDATION ENG LLC | HMO | 2354419878 | 11/29/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22176583 | 12/28/12 | NP Anes Clm Den, Mbr resp |
| No | NO | BUFFA, BOWMAN & ROTHSTEIN LLP | HMO | 3018111014 | 11/30/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22360812 | 1/28/13 | NP Anes Clm Den, Mbr resp |
| No | NO | FRIENDSHIP RESTAURANT GROUP | HMO | 3018111016 | 12/3/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22360812 | 1/28/13 | NP Anes Clm Den, Mbr resp |
| No | YES | KALATY RUG CORP | MNRP | 3031118600 | 12/4/12 | 00810 | $3,500.00 | $2,800.00 | $0.00 | $0.00 | $2,800.00 | Y10132452 | 3/8/13 | OmniClaim Negotiated Pymt - overpay |
| No | NO | BROOKLYN PLUMBING & HEATING | HMO | 3031118586 | 12/10/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22453668 | 2/11/13 | NP Anes Clm Den, Mbr resp |
| No | NO | STERLING NATIONAL BANK | HMO | 3031118582 | 12/10/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22453668 | 2/11/13 | NP Anes Clm Den, Mbr resp |
| No | YES | NASSIMI CORP | MNRP | 3031118583 | 12/11/12 | 00810 | $3,500.00 | $243.45 | $243.45 | $0.00 | $0.00 | Y10089721 | 2/22/13 | Pd per MNRP |
| No | NO | BACIS PET PALACE, INC. | HMO | 3031118587 | 12/12/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | Y10046464 | 2/11/13 | NP Anes Clm Den, Mbr resp |

4

| Assigments Allowed Y/N | OON Y/N | Grp Name | Product | Claim | DOS | CPT | Billed | UCR | Deductible | Coinsurance | Ox. Pymt | Ck # | Ck Date | Adj Code Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No | NO | LYNBROOK HEALTH & FITNESS | HMO | 3031118580 | 12/14/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22453668 | 2/11/13 | NP Anes Clm Den, Mbr resp |
| No | NO | B&J QUICK FOODS INC | HMO | 3031118584 | 12/17/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22453668 | 2/11/13 | NP Anes Clm Den, Mbr resp |
| No | YES | CITI | Sfunded | 3044112111 | 12/19/12 | 00810 | $3,500.00 | $2,039.10 | $1,500.00 | $161.73 | $377.37 | Z1136040 | 3/4/13 | Paid in accordance with benefits. |
| No | NO | SCARGUARD LABS, LLC | HMO | 3031118588 | 12/19/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22453668 | 2/11/13 | NP Anes Clm Den, Mbr resp |
| No | NO | LISA E GRAUBART | HMO | 3044112109 | 12/21/12 | 00740 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22528195 | 2/21/13 | NP Anes Clm Den, Mbr resp |
| No | YES | CITI | Sfunded | 3044112110 | 12/24/12 | 00740 | $3,500.00 | $1,926.40 | $1,500.00 | $127.92 | $298.48 | Z1136207 | 3/4/13 | Paid in accordance with benefits. |
| No | NO | STARCOM COMMUNICATIONS SERVICE | HMO | 3044112108 | 12/28/12 | 00810 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | I22528195 | 2/21/13 | NP Anes Clm Den, Mbr resp |