UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARK POLLNER, M.D.

                Plaintiff,

-against-

UNITED HEALTHCARE INSURANCE COMPANY
d/b/a OXFORD HEALTH PLANS, LLC

                Defendant.
----------------------------------------------------------------X

Civil Action No.:
2:13-cv-01881(DRH)(GRB)

**DEFENDANT'S DOCUMENT PRODUCTION IN RESPONSE TO THE DIRECTIVE OF THE HON. GARY R. BROWN**

Pursuant to the Directive of the Hon. Gary R. Brown, Defendant, United Healthcare Insurance Company d/b/a Oxford Health Plans ("United"), by and through its attorneys, SEDGWICK LLP, produces the following documents:

    1.    The plan documents relating to the claims at issue in this matter, Bates stamped POLLNER 000001-010664.

    2.    Emails, and their corresponding attachments, between United and Plaintiff Dr. Mark Pollner regarding the Medical Group Participation Agreement entered into with United, effective January 1, 2013, Bates stamped POLLNER 010665-010752.

Defendant reserves the right to supplement this response.

Dated:    New York, New York
                December 18, 2013

                                        SEDGWICK LLP

                                        By: _____
                                        Michael H. Bernstein (MB 0579)
                                        Matthew P. Mazzola (MM 7427)
                                        *Attorneys for Defendant*
                                        UNITED HEALTHCARE INSURANCE COMPANY d/b/a
                                        OXFORD HEALTH PLANS, LLC
                                        225 Liberty Street – 28th Floor
                                        New York, New York 10281-1004
                                        (212) 422-0202

TO:   Robert A. Santucci
      Attorney for Plaintiffs
      110 Wall Street – 11th Floor
      New York, New York 10005-3817

## CERTIFICATE OF SERVICE

I, Matthew P. Mazzola, hereby certify and affirm that a true and correct copy of the attached **DEFENDANT'S DOCUMENT PRODUCTION IN RESPONSE TO THE DIRECTIVE OF THE HON. GARY R. BROWN** was served via regular mail on the 18th day of December, 2013, upon the following:

>Robert A. Santucci
>Attorney for Plaintiffs
>110 Wall Street – 11th Floor
>New York, New York 10005-3817

_____
Matthew P. Mazzola (MM-7427)